UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DELTON EUGENE WARREN
     Petitioner,
v.                               Case No. 3:24-cv-342/MCR/MAL

WARDEN SALISBURY,
FPC PENSACOLA,
     Respondent.
_____/

**O R D E R**

    The magistrate judge issued a Report and Recommendation dated February 13, 2025.  ECF No. 9.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

    Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this order.

2.    Warren's petition under 28 U.S.C. § 2241 (ECF No. 2) is DISMISSED

for failure to exhaust his administrative remedies and DENIED on the merits because

he is statutorily precluded from obtaining the relief sought.

3.    The clerk is directed to close the case file.

**DONE and ORDERED** this 25th day of April 2025.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**